# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-20154 |
| | ) | |
| WILDOR WASHINGTON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM AND ORDER

Defendant Wildor Washington, Jr. pled guilty to various money laundering and wire fraud charges.  He received ten 200-month prison sentences, to run concurrently to each other and to a 60-month sentence he received for a separate count.  Mr. Washington has now filed a motion requesting that the court appoint him a lawyer because he believes his attorney was ineffective in her representation of him (doc. 284).

There is, however, no constitutional right to counsel beyond the direct appeal of a conviction.  *Swazo v. Wyo. Dep't of Corrs.*, 23 F.3d 332, 333 (10th Cir. 1994).  "[T]he right to appointed counsel extends to the first appeal of right, and no further." *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).

This court is confident, judging from the content of the motion itself, that Mr. Washington is adequately able to identify and explain the issue he seeks to raise.  Thus, Mr. Washington is entitled to seek habeas relief if he wishes, but he is not entitled to an

attorney to assist with that process.

**IT IS ORDERED BY THE COURT** that defendant's motion for appointment

of counsel (doc. 284) is **denied**.

**IT IS SO ORDERED** this 27th day of September, 2010.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge